**Mark ABERNATHY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48758.**

Missouri Court of Appeals,
Western District.

Aug. 30, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1994.

Application to Transfer Denied
Nov. 22, 1994.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J., and
LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Appeal from dismissal of Rule 24.035 post-conviction motion.

Judgment affirmed. Rule 84.16(b).